IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN P. ELLIOTT
ADC #154364                                                                                       PLAINTIFF

V.                              CASE NO. 2:15-CV-15 JM/BD

VALERIE BROWN, et al.                                                                  DEFENDANTS

### ORDER

John Elliott, an Arkansas Department of Correction inmate, filed this lawsuit pro se under 42 U.S.C. § 1983. (Docket entry #2) Because Mr. Elliott did not provide either a complete *in forma pauperis* ("IFP") application or pay the $400 statutory filing fee, he was ordered to pay the fee or file an IFP application within thirty days. (#3) Mr. Elliott was warned that this case could be dismissed if he did not comply with the Court's February 12, 2015 order.

Mr. Elliott has not submitted a complete IFP application, nor has he paid the statutory filing fee, and the time allowed for doing so has passed. Accordingly, Mr. Elliott's claims are dismissed, without prejudice, under Local Rule 5.5(c)(2), for failure to comply with a Court Order. The Clerk is directed to close this case.

IT IS SO ORDERED this 30th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE